

**Adam M. Marshall, Esq.**
amarshall@kdvlaw.com

Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797

Telephone: 516.681.1100
Facsimile: 516.681.1101

www.kdvlaw.com

June 15, 2023

<u>VIA ECF</u>
Honorable Paul G. Gardephe, U.S.D.J.
United States District Court, Southern District of New York
40 Foley Square
New York, NY 10007

   Re: <u>American Empire Surplus Lines Ins. Co. v. Schaefer Enterprises, Inc.
     Case No. 1:23-cv-436 (PGG)</u>

Dear Judge Gardephe:

  This firm represents Defendant Schaefer Enterprises, Inc. ("Schaefer"). We write with the consent of Plaintiff's counsel to respectfully request that the briefing schedule for Schaefer's motion to dismiss the Amended Complaint be modified to provide Schaefer with an additional three (3) days to file its moving papers, with matching extensions for Plaintiff's opposition and Schaefer's reply.

  Under the current briefing schedule, Schaefer's moving papers are due by June 20, 2023; Plaintiff's opposition papers are due by July 21, 2023; and Schaefer's reply papers are due by August 4, 2023. (ECF Doc. 30).

  With the proposed modification, Schaefer's moving papers would be filed on or before June 23, 2023; Plaintiff's opposition papers would be filed on or before July 24, 2023; and Schaefer's reply would be filed on or before August 7, 2023.

  This would be the first modification of the briefing schedule. We are requesting the additional time because the undersigned fell seriously ill for several weeks after the current schedule was set.

  We thank the Court for its consideration.

            Respectfully submitted,
            Kaufman Dolowich & Voluck, LLP

         By: _____
            Adam M. Marshall, Esq.

cc: All counsel via ECF

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

_Paul S. Gardephe_
Paul G. Gardephe, U.S.D.J.
Date: June 21, 2023

New York | Pennsylvania | New Jersey | San Francisco | Los Angeles | Florida | Chicago